UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARGARET BAYLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. dba AMERICAN AIRLINES, AMERICAN AIRLINES CARGO and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C 05 0644 CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes**:

___ Arbitration          ___ ENE          _X_ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process**:

___ Private ADR *(please identify process and provider)*

Dated: 6/9/05

/s/ Kathryn M. Mente
KATHRYN M. MENTE
MCCORMAC & ASSOCIATES
Attorneys for Plaintiff

Dated: June 10, 2005

/s/ Paula Champagne
PAULA CHAMPAGNE
LITTLER MENDELSON
Attorney for Defendants
AMERICAN AIRLINES, INC. and
GREG GRIFFIN

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Case No. C 05 0644 CW

1  IT IS SO ORDERED:

2                                          /s/ CLAUDIA WILKEN

   Dated:    6/15/05
3                                          _____
                                           UNITED STATES DISTRICT JUDGE
4

5      **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

6          Pursuant to Civ. L.R. 16 and ADR L.R 3-5(b), each of the undersigned certifies that he or she

7  has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

8  California", or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>,

9  discussed the available dispute resolution options provided by the court and private entities, and

10 considered whether this case might benefit from any of them.

11         *(Note: This Certification must be signed by each party and its counsel.)*

12
13 Dated:   6·8·05                          _____
                                            MARGARET BAYLEY
14

15
16 Dated:   6/10/05                         _____
                                            KATHRYN M. MENTE
17                                          MCCORMAC & ASSOCIATES

18

19 Dated: _____                  _____
20                                          ENZA RICCIARDONE
                                            American Airlines, Inc.
21

22

23 Dated: _____                  _____
24                                          PAULA CHAMPAGNE
                                            LITTLER MENDELSON
25

26

27

28  Firmwide:80056416.1 009001.1290

IT IS SO ORDERED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled Dispute Resolution Procedures in the Northern District of California, or the specified portions of the ADR Units Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____

_____
MARGARET BAYLEY

Dated: _____

_____
KATHRYN M. MENTE
MCCORMAC & ASSOCIATES

Dated: 5/26/05

_____
ENZA RICCIARDONE
American Airlines, Inc.

Dated: May 26 2005

_____
PAULA CHAMPAGNE
LITTLER MENDELSON

Firmwide:80056416.1 009001.1290

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

2.

Case No. C 05 0644 CW