| | |
|---|---|
| 1 | KATHLEEN A. MCCORMAC, Bar No. 159012 |
| 2 | KATHRYN M. MENTE, Bar No. 219296 |
|   | MCCORMAC & ASSOCIATES |
| 3 | 655 Montgomery Street, Suite 1200 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: 415.399.1722 |
|   | Fax: 415.399.1733 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | MARGARET BAYLEY |
| 7 | |
|   | PAULA CHAMPAGNE, Bar No. 76545 |
| 8 | ELLEN BRONCHETTI, Bar No. 226975 |
|   | LITTLER MENDELSON |
| 9 | A Professional Corporation |
|   | 650 California Street, 20th Floor |
| 10 | San Francisco, CA 94108 |
|    | Telephone: 415.433.1940 |
| 11 | Fax: 415.434.2302 |
| 12 | Attorneys for Defendants |
|    | AMERICAN AIRLINES, INC. |
|    | and GREG GRIFFIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARGARET BAYLEY, | Case No. C 05 0644 CW |
| Plaintiff, | **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT GREG GRIFFIN;** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| AMERICAN AIRLINES, INC. dba AMERICAN AIRLINES, AMERICAN AIRLINES CARGO and DOES 1 through 10, inclusive, | [F.R.C.P. 41(a)(1)] |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT GREG GRIFFIN

Case No. C 05 0644 CW

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Margaret Bayley, Defendant American Airlines, Inc. and Defendant Greg Griffin hereby stipulate and request that Defendant Greg Griffin be dismissed with prejudice as a party to this action.

Dated: June 15, 2005

KATHRYN M. MENTE
MCCORMAC & ASSOCIATES

Attorneys for Plaintiff
MARGARET BAYLEY

Dated: June 15, 2005

PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendants
AMERICAN AIRLINES, INC. AND GREG GRIFFIN

## ORDER

Defendant Greg Griffin is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 6/17/05

/s/ CLAUDIA WILKEN
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Firmwide:80079628.1 009001.1290

STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT GREG GRIFFIN

2.

Case No. C 05 0644 CW