1  KATHLEEN A. MCCORMAC, Bar No. 159012
   KATHRYN M. MENTE, Bar No. 219296
2  MCCORMAC & ASSOCIATES
   655 Montgomery Street, Suite 1200
3  San Francisco, CA 94111
4  Telephone: 415.399.1722
   Fax: 415.399.1733
5
   Attorneys for Plaintiff
6  MARGARET BAYLEY

7  PAULA CHAMPAGNE, Bar No. 76545
   ELLEN BRONCHETTI, Bar No. 226975
8  LITTLER MENDELSON
   A Professional Corporation
9  650 California Street, 20th Floor
   San Francisco, CA 94108
10 Telephone: 415.433.1940
   Fax: 415.434.2302
11
   Attorneys for Defendant
12 AMERICAN AIRLINES, INC.

13                 UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA
15                       OAKLAND DIVISION

16 | MARGARET BAYLEY,                        | Case No. C 05 0644 CW
17 |         Plaintiff,                      | STIPULATION AND ~~PROPOSED~~ ORDER
                                             | TO ENTER INTO PRIVATE MEDIATION
18 |    v.
19 | AMERICAN AIRLINES, INC. dba             | FILED:    DECEMBER 21, 2004
   | AMERICAN AIRLINES, AMERICAN             | JUDGE:    HON. CLAUDIA WILKEN
20 | AIRLINES CARGO and DOES 1                | TRIAL DATE: NOT SET
   | through 10, inclusive,
21 |         Defendants.
22

23     The parties, through their counsel, hereby stipulate as follows:

24     (1)  The parties have agreed to engage in private mediation with Judge Alfred G.
25 Chiantelli, Ret., ADR Services, Inc., 450 Sansome Street, Suite 1100, San Francisco, California
26 94111, on July 18, 2005 at 10:00 a.m.

27     (2)  Because the parties have agreed to private mediation, the parties request that
28 the referral to court's mediation program vacated.



STIPULATION AND PROPOSED ORDER TO ENTER INTO PRIVATE MEDIATION          Case No. C-
05- 0644 CW

IT IS SO STIPULATED.

Dated: July 5, 2005

_____
KATHRYN M. MENTE
MCCORMAC & ASSOCIATES
Attorneys for Plaintiff

Dated: July 5, 2005

_____
PAULA CHAMPAGNE
LITTLER MENDELSON
Attorneys for Defendant

~~PROPOSED~~ ORDER

Pursuant to the above stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall engage in private mediation on July 18, 2005 at 10:00 a.m. with Judge Alfred G. Chiantelli, Ret., ADR Services, Inc., 450 Sansome Street, Suite 1100, San Francisco, California 94111.

IT IS FURTHER ORDERED that referral to the Court's mediation program be vacated.

IT IS SO ORDERED.

Dated: July 7, 2005

/s/ CLAUDIA WILKEN
_____
Judge of the U.S.D.C., Northern District

2.

JOINT RULE 26(f) REPORT                                       Case No. C-05-0644 CW