KATHLEEN A. McCORMAC (#159012)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 399-1722
Fax: (415) 399-1733

Attorneys for Plaintiff
MARGARET BAYLEY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET BAYLEY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.dba AMERICAN AIRLINES, AMERICAN AIRLINES CARGO, GREG GRIFFEN, and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No. 05-0644 CW<br><br>STIPULATION FOR DISMISSAL |

**IT IS HEREBY STIPULATED,** by and between the parties, that this matter has been settled, and that the court may dismiss this matter, with prejudice. Each party to bear its own fees and costs.

Respectfully Submitted:

McCORMAC & ASSOCIATES

DATED: 10/6/05

*Kathleen A. McCormac*
KATHLEEN A. McCORMAC
Attorneys for Plaintiff

| | |
|---|---|
| 1  DATED: Oct 11, 2005 | LITTLER MENDELSON |
| 2 | |
| 3 | *(signature)* |
| 4 | PAULA CHAMPAGNE<br>Attorneys for Defendants |

ORDER

Based upon the parties' stipulation, the Court hereby dismisses this action with prejudice, each party to bear her or its own fees and costs.

IT IS SO ORDERED.

DATED: 10/12/05

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Claudia Wilken, Judge Claudia Wilken]*

_____
CLAUDIA WILKEN
United States District Judge

Firmwide:80497624.1 009001.1290